UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON KRISTOPHER TINGLE,<br>Plaintiff,<br>v.<br>STATE OF CALIFORNIA, et al.,<br>Defendants. | Case No. 24-cv-00929-HSG<br>**ORDER OF DISMISSAL** |

Plaintiff filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Dkt. No. 1. On June 17, 2024, the Court found that the complaint failed to state a claim for relief, and dismissed the complaint with leave to amend. Dkt. No. 9. The Court informed Plaintiff that the failure to file an amended complaint by July 16, 2024, would result in the dismissal of this action. *Id.* The Court granted Plaintiff an extension of time to September 3, 2024 to file his amended complaint. Dkt. No. 13. The deadline to file an amended complaint has passed, and Plaintiff has neither filed an amended complaint nor communicated further with the Court. Accordingly, for the foregoing reasons and for the reasons stated in the Court's June 17, 2024 Order, this action is DISMISSED. The dismissal is without prejudice to filing a motion to reopen accompanied by a proposed amended complaint that addresses the deficiencies identified in the Court's June 17, 2024 Order, and explaining why Plaintiff failed to timely file an amended complaint. Judgment is entered in favor of Defendants and against Plaintiff. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: 9/18/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge