UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON KRISTOPHER TINGLE,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | Case No. 24-cv-00929-HSG<br><br>**JUDGMENT** |

The Court has DISMISSED this action without prejudice. Judgment is entered in favor of Defendants and against Plaintiff. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated:   9/18/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge